IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY,<br><br>  Petitioner,<br>  vs.<br>MIKE C. KRAMER,<br><br>  Respondent. | 1: 05-CV-01504-OWW-WMW-HC<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |

Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 2, 2006, the court ordered petitioner to pay the $5.00 filing fee or submit a completed application to proceed in forma pauperis. On March 2, 2006, petitioner submitted a certified copy of his prison trust account statement, but petitioner has not paid the $5.00 filing fee or submitted an application to proceed in forma pauperis as required. See 28 U.S.C. § 1915. Plaintiff shall be granted another opportunity to submit the application or the filing fee. Accordingly, IT IS HEREBY ORDERED that:

  1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

  2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this action. Plaintiff is not required to re-submit a copy of his trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   March 23, 2006**          **/s/  William M. Wunderlich**
bl0dc4                              UNITED STATES MAGISTRATE JUDGE