UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY,<br><br>        Petitioner,<br><br>    v.<br><br>MIKE C. KRAMER,<br><br>        Respondent. | 1:05-cv-1504 OWW WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #11,12) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 18, and 26, 2007, petitioner filed a motion to extend time to file an opposition to the motion to dismiss. Inasmuch as petitioner filed the opposition on May 2, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Petitioner's motion to extend time to file an opposition to the motion to dismiss is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:    May 16, 2007**                      /s/ William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE