IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNEY RAMEY, | ) | 1:05-cv-01504-LJO WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| vs. | ) | RECOMMENDATIONS RE |
| | ) | MOTION TO DISMISS |
| | ) | PETITION FOR WRIT OF |
| MIKE C. KRAMER, Warden, | ) | HABEAS CORPUS |
| | ) | |
| Respondent. | ) | [Doc. 9, 16, 17] |
| | ) | |
| _____ | ) | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 15, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on January 28, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a <u>de</u> <u>novo</u> review of this case.   See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on January 15,  2008, are a adopted in full;
2. Respondent's motion to dismiss is GRANTED;
2. The Petition for Writ of Habeas Corpus is DISMISSED as an unauthorized second or successive petition;
3. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   February 11, 2008**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE